# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT H. REEHTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10CV2159 FRB |
| | ) | |
| SHAWN MAYBERRY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's "request for true and accurate documents" and "request for research material." The Court will deny both motions.

In his request for true and accurate documents, plaintiff says that the United States Postal Service severely damaged the envelope sent by defendant Jason Bell, which contained the documents filed on behalf of Bell. Plaintiff seeks an order directing Bell to resend the documents. Bell has responded that he resent the documents on February 9, 2011, rendering the matter moot.

In his request for research material, plaintiff, a non-prisoner, says he does not have transportation and his local law library does not contain adequate research materials. Plaintiff asks the Court to send him a copy of the Rules of Civil Procedure, the Local Rules, and a book. It is plaintiff's responsibility to prosecute this action, however; the Court does not provide assistance to litigants.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "request for true and accurate documents" [Doc. #30] is **DENIED** as moot.

**IT IS FURTHER ORDERED** that plaintiff's "request for research material" [Doc. #31] is **DENIED**.

Dated this 4th day of March, 2011.

*Frederick R. Buckles*

FREDERICK R. BUCKLES
UNITED STATES MAGISTRATE JUDGE